# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 1, 2013

## NO. 03-12-00682-CV

**R. Michael Brown, as Member Manager/Broker of DeSilva Group, LLC
d/b/a Avalar Lakeway, Appellant**

**v.**

**Terri Frost and Douglas Byron, as President, Director, Registered Agent
of Austin at Bee Caves Realty Corp. a/k/a Avalar 360, Appellees**

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

**IT APPEARING** to this Court that the appellant has failed to pay or make arrangements to pay for the clerk's record; has not submitted a status report regarding this appeal, and, accordingly, has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.